# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| KEVIN D. MCHENRY | * | CIVIL ACTION NO. 18-0132 |
| --- | --- | --- |
| | | SEC. P. |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| STATE OF LOUISIANA | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections [Doc. No. 12] thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED, ADJUDGED, AND DECREED that the Complaint is DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim upon which relief can be granted.

MONROE, LOUISIANA, this 29th day of May, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE